# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RODNEY K. MITCHELL

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj146/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1382 | Trespassing on Military Property for Purpose Prohibited by Law or Lawful Regulation | 2/18/09 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The SMA has been paid.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | waived | $ 0.00 |

Date of Imposition of Sentence - 5/20/09

*[signature]*

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 5-22-2007